# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER RODRIGUEZ-MENDEZ,<br>    Defendant. | Criminal No.: 17-581 (PG) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Christopher Rodriguez-Mendez, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment entered against him on September 13, 2018, by Hon Juan M. Pérez-Giménez, Judge for the United States District Court for the District of Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of September 2018.

                                          **ERIC A. VOS**
                                          **Federal Public Defender**
                                          **District of Puerto Rico**

                                          *S/Lauren E.S. Rosen*
                                          Lauren E.S. Rosen
                                          Assistant Federal Public Defender
                                          Government No. G02415
                                          241 F.D. Roosevelt Ave.
                                          Hato Rey, P.R. 00918-2441
                                          (787) 281-4922/ Fax (787) 281-4899
                                          E-mail: lauren_rosen@fd.org